```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| EASTMAN KODAK CO., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 98-234 (RWR) |
| | )          LEAD ACTION |
| DURACELL, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| EVERYREADY BATTERY CO., INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 98-260 |
| | ) |
| DURACELL, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| DURACELL, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 99-3424 |
| | ) |
| STRATEGIC ELECTRONICS, LLC, | ) |
|    *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER DISMISSING CASE

Plaintiffs Eastman Kodak Co., Eveready Batter Co. Inc., and Duracell, Inc., collectively and individually, moved to voluntarily dismiss with prejudice the entirety of their claims, counterclaims, cross-claims and requests for relief in the

-2-

consolidated Civil Actions 98-324, 98-260, and 99-3424.  No party has responded to the show cause order issued on February 10, 2005, inviting any party to file by February 17, 2005, reasons why plaintiffs' motion should not be granted.  Accordingly, it is hereby

ORDERED that plaintiff's motion [Dkt. #63] to dismiss with prejudice the consolidated Civil Actions 98-324, 98-260, and 99-3424 be, and hereby is, GRANTED.  It is further

ORDERED that these consolidated actions are DISMISSED WITH PREJUDICE.

This is a final, appealable Order.  <u>See</u> Fed. R. App. P. 4(a).

SIGNED this 25th day of February, 2005.

_____
RICHARD W. ROBERTS
United States District Judge